# EXHIBIT 1

**KAUFMAN, COREN & RESS, P.C.**
ATTORNEYS AT LAW
TWO COMMERCE SQUARE, SUITE 3900
2001 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103
www.kcr-law.com

STEVEN M. COREN
e-mail: scoren@kcr-law.com

TEL (215) 735-8700
FAX (215) 735-5170

July 2, 2019

**VIA EMAIL**

Bruce Coren

Re:   **Breach of Contract - Billing**

Dear Bruce:

I am enclosing my firm's bill for the period April 16, 2019 through June 30, 2019, for costs incurred as follows:

Re:   **Breach of Contract**
File No. 001465-001

| | |
|---|---:|
| Fees | $0.00 |
| Costs | $4,934.89 |
| AR | $0.00 |
| **Total Due** | **$4,934.89** |

If you should have any questions concerning the enclosed bill, please give me a call.

Very truly yours,

STEVEN M. COREN

SMC/cc

Enclosure

KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA   19103
Tel (215) 735-8700 Fax (215)735-5170

July 2, 2019

Bruce Coren

Invoice# 15961    SMC
Our file#    001465   00001
Billing through  06/30/2019

Breach of Contract

EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 04/16/2019 | Professional Services -JAMS, Inc., | 2,175.00 |
| 04/30/2019 | Travel Expenses/ Air & Hotel -M. Williams to FL | 276.98 |
| 04/30/2019 | Travel Expenses/ Air & Hotel -american Airlines | 24.76 |
| 04/30/2019 | Travel Expenses/ Air & Hotel -MW FL | 258.30 |
| 05/17/2019 | Travel Expenses/ Air & Hotel for M. Williams | 875.56 |
| 06/30/2019 | Postage | 0.50 |
| 06/30/2019 | Westlaw Charges | 1,323.79 |
| | | $4,934.89 |

Total Fees for this Matter                                                    $0.00

Billing Summary
Total expenses incurred                              $4,934.89

Total of new charges for this invoice            $4,934.89

**Total balance now due**                           **$4,934.89**

KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA   19103
Tel (215) 735-8700 Fax (215)735-5170

October 14, 2019

Invoice#  0         SMC
Our file#   001465   00001
Billing through  09/30/2019

Bruce Coren

Breach of Contract
PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/2018 | MRW | Reviewed background materials; conducted research re: statute of limitations. | 1.30 hrs. | 435.00 /hr | 565.50 |
| 07/03/2018 | MRW | Communications with K. Perkins re: case background. | 0.70 hrs. | 435.00 /hr | 304.50 |
| 07/03/2018 | KLP | Research re: Florida law | 2.80 hrs. | 215.00 /hr | 602.00 |
| 07/05/2018 | KLP | Research and Summary of FL Law | 1.40 hrs. | 215.00 /hr | 301.00 |
| 07/06/2018 | MRW | Communications with K. Perkins re: research and complaint. | 0.80 hrs. | 435.00 /hr | 348.00 |
| 07/06/2018 | KLP | Florida Case law summary re: Breach of Contract; Fraudulent Inducement; Economic Loss Doctrine | 2.20 hrs. | 215.00 /hr | 473.00 |
| 07/09/2018 | MRW | Communications with K. Perkins re: research; reviwed research. | 0.70 hrs. | 435.00 /hr | 304.50 |
| 07/10/2018 | MRW | Communications with K. Perkins re: research and complaint; communications with B. Coren re: research and complaint. | 0.70 hrs. | 435.00 /hr | 304.50 |
| 07/11/2018 | MRW | Telephone conference with B. Coren re: complaint; communications with K. Perkins re: research; conducted | 0.80 hrs. | 435.00 /hr | 348.00 |

001465   Coren, Bruce                                        Invoice# 0           Page 2

research re: IP claims.

| Atty | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KLP | 07/11/2018 | | 1.40 | 1.40 | 215.00 | 301.00 |
| 07/11/2018 | KLP | Research and drafting; Outline of potential claims; Conference call with client and M. Williams | 1.40 hrs. | | 215.00 /hr | 301.00 |
| MRW | 07/12/2018 | | 1.20 | 1.20 | 435.00 | 522.00 |
| 07/12/2018 | MRW | Communications with K. Perkins re: potential claims; reviewed research on potential claims. | 1.20 hrs. | | 435.00 /hr | 522.00 |
| KLP | 07/12/2018 | | 2.20 | 2.20 | 215.00 | 473.00 |
| 07/12/2018 | KLP | Research and drafting complaint | 2.20 hrs. | | 215.00 /hr | 473.00 |
| KLP | 07/13/2018 | | 2.80 | 2.80 | 215.00 | 602.00 |
| 07/13/2018 | KLP | Research; Potential Claims; Drafting Complaint | 2.80 hrs. | | 215.00 /hr | 602.00 |
| MRW | 07/16/2018 | | 1.40 | 1.40 | 435.00 | 609.00 |
| 07/16/2018 | MRW | Communications with K. Perkins re: complaint; communications with S. Coren re: research and complaint. | 1.40 hrs. | | 435.00 /hr | 609.00 |
| KLP | 07/16/2018 | | 6.90 | 6.90 | 215.00 | 1,483.50 |
| 07/16/2018 | KLP | Drafting Complaint | 6.90 hrs. | | 215.00 /hr | 1,483.50 |
| MRW | 07/17/2018 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 07/17/2018 | MRW | Reviewed and revised complaint. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| MRW | 07/20/2018 | | 0.20 | 0.20 | 435.00 | 87.00 |
| 07/20/2018 | MRW | Communications with K. Perkins re: complaint. | 0.20 hrs. | | 435.00 /hr | 87.00 |
| MRW | 07/23/2018 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 07/23/2018 | MRW | Communications with B. Coren and K. Perkins re: complaint. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 07/24/2018 | | 0.70 | 0.70 | 435.00 | 304.50 |
| 07/24/2018 | MRW | Communications with K. Perkins re: complaint; telephone conference with B. Coren and K. Perkins re: complaint. | 0.70 hrs. | | 435.00 /hr | 304.50 |
| KLP | 07/24/2018 | | 0.50 | 0.50 | 215.00 | 107.50 |
| 07/24/2018 | KLP | Conference call with M. Williams and client | 0.50 hrs. | | 215.00 /hr | 107.50 |
| KLP | 07/26/2018 | | 3.50 | 3.50 | 215.00 | 752.50 |
| 07/26/2018 | KLP | Draft of Complaint | 3.50 hrs. | | 215.00 /hr | 752.50 |
| MRW | 07/31/2018 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 07/31/2018 | MRW | Revised complaint; communications with B. Coren re: complaint. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| KLP | 07/31/2018 | | 3.10 | 3.10 | 215.00 | 666.50 |
| 07/31/2018 | KLP | Finalizing revised Complaint draft and exhibits | 3.10 hrs. | | 215.00 /hr | 666.50 |
| MRW | 08/01/2018 | | 1.80 | 1.80 | 435.00 | 783.00 |
| 08/01/2018 | MRW | Communications with B. Coren re: complaint; communications with K. | 1.80 hrs. | | 435.00 /hr | 783.00 |

001465      Coren, Bruce                                           Invoice# 0                Page  3

| Staff | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Perkins re: research; reviewed research; revised complaint. | | | | |
| KLP | 08/01/2018 | | 2.50 | 2.50 | 215.00 | 537.50 |
| 08/01/2018 | KLP | Meeting with M. Williams; Revising Complaint draft | 2.50 hrs. | | 215.00 /hr | 537.50 |
| MRW | 08/02/2018 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 08/02/2018 | MRW | Revised complaint; communications with B. Coren and K. Perkins re: complaint. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| KLP | 08/02/2018 | | 4.30 | 4.30 | 215.00 | 924.50 |
| 08/02/2018 | KLP | Meeting with M. Williams; Phone call with client; Revising Complaint Draft | 4.30 hrs. | | 215.00 /hr | 924.50 |
| MRW | 08/08/2018 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 08/08/2018 | MRW | Communications with B. Coren and K. Perkins re: stolen lasers and potential claims. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| MRW | 08/13/2018 | | 2.40 | 2.40 | 435.00 | 1,044.00 |
| 08/13/2018 | MRW | Communications with K. Perkins re: complaint and stolen lasers; revised complaint; communications with S. Coren re: complaint. | 2.40 hrs. | | 435.00 /hr | 1,044.00 |
| KLP | 08/13/2018 | | 2.80 | 2.80 | 215.00 | 602.00 |
| 08/13/2018 | KLP | Call to client for update; Research re: FL law | 2.80 hrs. | | 215.00 /hr | 602.00 |
| MRW | 08/14/2018 | | 0.90 | 0.90 | 435.00 | 391.50 |
| 08/14/2018 | MRW | Reviewed complaint; communications with B. Coren and K. Perkins re: complaint and local counsel. | 0.90 hrs. | | 435.00 /hr | 391.50 |
| KLP | 08/15/2018 | | 5.70 | 5.70 | 215.00 | 1,225.50 |
| 08/15/2018 | KLP | Research and Analysis re: FL law - UCC, Entrustment | 5.70 hrs. | | 215.00 /hr | 1,225.50 |
| MRW | 08/16/2018 | | 0.70 | 0.70 | 435.00 | 304.50 |
| 08/16/2018 | MRW | Communications with K. Perkins re: stolen lasers; telephone conference with B. Coren and K. Perkins re: stolen lasers. | 0.70 hrs. | | 435.00 /hr | 304.50 |
| KLP | 08/16/2018 | | 2.20 | 2.20 | 215.00 | 473.00 |
| 08/16/2018 | KLP | meeting with M. Williams re: UCC law; conference call with client | 2.20 hrs. | | 215.00 /hr | 473.00 |
| MRW | 08/17/2018 | | 0.80 | 0.80 | 435.00 | 348.00 |
| 08/17/2018 | MRW | Communications with B. Coren and M. Pike re: local counsel; reviewed and revised demand letter for stolen lasers. | 0.80 hrs. | | 435.00 /hr | 348.00 |
| KLP | 08/17/2018 | | 5.30 | 5.30 | 215.00 | 1,139.50 |
| 08/17/2018 | KLP | Summary of emails re: Gentox lasers; Drafting demand letters; Research re: | 5.30 hrs. | | 215.00 /hr | 1,139.50 |

001465     Coren, Bruce                                    Invoice#  0              Page  4
                         Bona fide purchaser

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MRW | 08/20/2018 | | 0.70 | 0.70 | 435.00 | | 304.50 |
| 08/20/2018 | MRW | Revised demand letters; communications with K. Perkins re: demand letters. | | 0.70 hrs. | 435.00 /hr | | 304.50 |
| KLP | 08/20/2018 | | 3.80 | 3.80 | 215.00 | | 817.00 |
| 08/20/2018 | KLP | Revising Demand Letters; Communications with client | | 3.80 hrs. | 215.00 /hr | | 817.00 |
| KLP | 08/21/2018 | | 1.00 | 1.00 | 215.00 | | 215.00 |
| 08/21/2018 | KLP | revising demand letters | | 1.00 hrs. | 215.00 /hr | | 215.00 |
| MRW | 08/24/2018 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 08/24/2018 | MRW | Telephone conference with M. Pike and D. Lustig re: case background. | | 0.40 hrs. | 435.00 /hr | | 174.00 |
| KLP | 08/24/2018 | | 0.80 | 0.80 | 215.00 | | 172.00 |
| 08/24/2018 | KLP | Meeting with Local Counsel | | 0.80 hrs. | 215.00 /hr | | 172.00 |
| KLP | 08/28/2018 | | 0.50 | 0.50 | 215.00 | | 107.50 |
| 08/28/2018 | KLP | Revising letters | | 0.50 hrs. | 215.00 /hr | | 107.50 |
| KLP | 08/29/2018 | | 1.50 | 1.50 | 215.00 | | 322.50 |
| 08/29/2018 | KLP | Demand Letters | | 1.50 hrs. | 215.00 /hr | | 322.50 |
| MRW | 08/31/2018 | | 1.10 | 1.10 | 435.00 | | 478.50 |
| 08/31/2018 | MRW | Revised and revised letters re: stolen lasers. | | 1.10 hrs. | 435.00 /hr | | 478.50 |
| KLP | 08/31/2018 | | 1.20 | 1.20 | 215.00 | | 258.00 |
| 08/31/2018 | KLP | Finalizing Demand Letters; Reformatting for mailing | | 1.20 hrs. | 215.00 /hr | | 258.00 |
| KLP | 09/05/2018 | | 1.50 | 1.50 | 215.00 | | 322.50 |
| 09/05/2018 | KLP | Revising complaint draft | | 1.50 hrs. | 215.00 /hr | | 322.50 |
| KLP | 09/11/2018 | | 2.50 | 2.50 | 215.00 | | 537.50 |
| 09/11/2018 | KLP | Research re: necessary parties | | 2.50 hrs. | 215.00 /hr | | 537.50 |
| MRW | 09/14/2018 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 09/14/2018 | MRW | Communicatins with K. Perkins re: complaint. | | 0.40 hrs. | 435.00 /hr | | 174.00 |
| KLP | 09/14/2018 | | 5.20 | 5.20 | 215.00 | | 1,118.00 |
| 09/14/2018 | KLP | Reformatting and revising Complaint; prepping exhibits | | 5.20 hrs. | 215.00 /hr | | 1,118.00 |
| MRW | 09/17/2018 | | 1.30 | 1.30 | 435.00 | | 565.50 |
| 09/17/2018 | MRW | Communications with K. Perkins re: necessary parties; reviewed necessary party research. | | 1.30 hrs. | 435.00 /hr | | 565.50 |
| KLP | 09/17/2018 | | 5.50 | 5.50 | 215.00 | | 1,182.50 |
| 09/17/2018 | KLP | Research re: Contract and Necessary Parties | | 5.50 hrs. | 215.00 /hr | | 1,182.50 |
| MRW | 09/18/2018 | | 0.80 | 0.80 | 435.00 | | 348.00 |
| 09/18/2018 | MRW | Reviewed research; communications with K. Perkins re: necessary parties. | | 0.80 hrs. | 435.00 /hr | | 348.00 |

001465    Coren, Bruce                                    Invoice#  0           Page  5

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLP | 09/18/2018 | | 5.10 / 5.10 | 215.00 | 1,096.50 |
| 09/18/2018 | KLP | Research for Breach of contract complaint; Revising Draft | 5.10 hrs. | 215.00 /hr | 1,096.50 |
| MRW | 09/28/2018 | | 0.40 / 0.40 | 435.00 | 174.00 |
| 09/28/2018 | MRW | Communications with B. Coren re: laser; revised letter re: laser return. | 0.40 hrs. | 435.00 /hr | 174.00 |
| KLP | 09/28/2018 | | 3.80 / 3.80 | 215.00 | 817.00 |
| 09/28/2018 | KLP | FL Replevin Research; Drafting Demand Letter | 3.80 hrs. | 215.00 /hr | 817.00 |
| MRW | 10/02/2018 | | 0.80 / 0.80 | 435.00 | 348.00 |
| 10/02/2018 | MRW | Drafted letter re: missing lasers. | 0.80 hrs. | 435.00 /hr | 348.00 |
| MRW | 10/04/2018 | | 0.30 / 0.30 | 435.00 | 130.50 |
| 10/04/2018 | MRW | Communications with B. Coren and O. Medina re: missing laser. | 0.30 hrs. | 435.00 /hr | 130.50 |
| MRW | 10/09/2018 | | 0.90 / 0.90 | 435.00 | 391.50 |
| 10/09/2018 | MRW | Communications with B. Coren and O. Medina re: missing lasers. | 0.90 hrs. | 435.00 /hr | 391.50 |
| KLP | 10/09/2018 | | 0.30 / 0.30 | 215.00 | 64.50 |
| 10/09/2018 | KLP | File Management | 0.30 hrs. | 215.00 /hr | 64.50 |
| KLP | 10/10/2018 | | 1.30 / 1.30 | 215.00 | 279.50 |
| 10/10/2018 | KLP | Call to local counsel re: complaint; Review file and FL law; Conference call with client and M. Williams | 1.30 hrs. | 215.00 /hr | 279.50 |
| MRW | 10/16/2018 | | 0.30 / 0.30 | 435.00 | 130.50 |
| 10/16/2018 | MRW | Communications with K. Perkins re: complaint. | 0.30 hrs. | 435.00 /hr | 130.50 |
| KLP | 10/16/2018 | | 1.30 / 1.30 | 215.00 | 279.50 |
| 10/16/2018 | KLP | Revising Complaint; Call to D. Lustig re: Complaint | 1.30 hrs. | 215.00 /hr | 279.50 |
| MRW | 10/17/2018 | | 1.10 / 1.10 | 435.00 | 478.50 |
| 10/17/2018 | MRW | Reviewed complaint; communications with K. Perkins re: complaint and research; reviewed research. | 1.10 hrs. | 435.00 /hr | 478.50 |
| KLP | 10/17/2018 | | 4.50 / 4.50 | 215.00 | 967.50 |
| 10/17/2018 | KLP | Research re: Tortious interference and Breach of Fiduciary Duty; Revising complaint | 4.50 hrs. | 215.00 /hr | 967.50 |
| MRW | 10/29/2018 | | 1.40 / 1.40 | 435.00 | 609.00 |
| 10/29/2018 | MRW | Communications with K. Perkins re: complaint; reviewed and revised complaint. | 1.40 hrs. | 435.00 /hr | 609.00 |
| KLP | 10/29/2018 | | 2.40 / 2.40 | 215.00 | 516.00 |
| 10/29/2018 | KLP | Revising complaint; sent to D. Lustig | 2.40 hrs. | 215.00 /hr | 516.00 |
| MRW | 11/05/2018 | | 1.20 / 1.20 | 435.00 | 522.00 |
| 11/05/2018 | MRW | Communicatrions with K. Perkins and D. Lustig re: complaint; reviewed and | 1.20 hrs. | 435.00 /hr | 522.00 |

001465    Coren, Bruce                                    Invoice#  0           Page   6

revised complaint.

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KLP | 11/05/2018 | | 0.50 | 0.50 | 215.00 | 107.50 |
| 11/05/2018 | KLP | communication with local counsel re: complaint | 0.50 hrs. | | 215.00 /hr | 107.50 |
| MRW | 11/08/2018 | | 0.60 | 0.60 | 435.00 | 261.00 |
| 11/08/2018 | MRW | Telephone conference with K. Perkins and D. Lustig re: complaint; reviewed revisions to complaint; communications with K. Perkins re: revisions. | 0.60 hrs. | | 435.00 /hr | 261.00 |
| KLP | 11/08/2018 | | 1.80 | 1.80 | 215.00 | 387.00 |
| 11/08/2018 | KLP | Complaint changes; Meeting with counsel | 1.80 hrs. | | 215.00 /hr | 387.00 |
| KLP | 11/14/2018 | | 0.10 | 0.10 | 215.00 | 21.50 |
| 11/14/2018 | KLP | Draft email to local counsel re: complaint draft | 0.10 hrs. | | 215.00 /hr | 21.50 |
| MRW | 11/19/2018 | | 0.30 | 0.30 | 435.00 | 130.50 |
| 11/19/2018 | MRW | Communications with K. Perkins re: complaint. | 0.30 hrs. | | 435.00 /hr | 130.50 |
| KLP | 11/19/2018 | | 0.40 | 0.40 | 215.00 | 86.00 |
| 11/19/2018 | KLP | Phone call to D. Lustig; Email message re: Complaint draft | 0.40 hrs. | | 215.00 /hr | 86.00 |
| MRW | 11/26/2018 | | 0.20 | 0.20 | 435.00 | 87.00 |
| 11/26/2018 | MRW | Communications with B. Coren re: complaint. | 0.20 hrs. | | 435.00 /hr | 87.00 |
| KLP | 11/26/2018 | | 0.60 | 0.60 | 215.00 | 129.00 |
| 11/26/2018 | KLP | Follow up with D. Lustig re: Complaint draft | 0.60 hrs. | | 215.00 /hr | 129.00 |
| MRW | 11/29/2018 | | 0.20 | 0.20 | 435.00 | 87.00 |
| 11/29/2018 | MRW | Communications with K. Perkins re: complaint. | 0.20 hrs. | | 435.00 /hr | 87.00 |
| KLP | 11/29/2018 | | 0.60 | 0.60 | 215.00 | 129.00 |
| 11/29/2018 | KLP | Attempts to reach D. Lustig | 0.60 hrs. | | 215.00 /hr | 129.00 |
| MRW | 11/30/2018 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 11/30/2018 | MRW | Reviewed and revised complaint; communications with B. Coren and K. Perkins re: complaint. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| KLP | 11/30/2018 | | 1.20 | 1.20 | 215.00 | 258.00 |
| 11/30/2018 | KLP | Revising Complaint; case management | 1.20 hrs. | | 215.00 /hr | 258.00 |
| MRW | 12/03/2018 | | 2.60 | 2.60 | 435.00 | 1,131.00 |
| 12/03/2018 | MRW | Communications with B. Coren and K. Perkins re: complaint; revised complaint. | 2.60 hrs. | | 435.00 /hr | 1,131.00 |
| KLP | 12/03/2018 | | 1.20 | 1.20 | 215.00 | 258.00 |
| 12/03/2018 | KLP | Revising Complaint; Send to D. | 1.20 hrs. | | 215.00 /hr | 258.00 |

001465      Coren, Bruce                                        Invoice#  0              Page   7

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | Lustig for final review and filing | | | | |
| MRW | 12/05/2018 | | 0.90 | 0.90 | 435.00 | 391.50 |
| 12/05/2018 | MRW | Communications with D. Lustig and K. Perkins re: complaint. | 0.90 hrs. | | 435.00 /hr | 391.50 |
| KLP | 12/05/2018 | | 0.30 | 0.30 | 215.00 | 64.50 |
| 12/05/2018 | KLP | Communication with local counsel | 0.30 hrs. | | 215.00 /hr | 64.50 |
| MRW | 12/07/2018 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 12/07/2018 | MRW | Communications with B. Coren and D. Lustig re: complaint. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 12/14/2018 | | 0.90 | 0.90 | 435.00 | 391.50 |
| 12/14/2018 | MRW | Communications with D. Lustig and K. Perkins re: complaint; reviewed amended complaint. | 0.90 hrs. | | 435.00 /hr | 391.50 |
| KLP | 12/14/2018 | | 1.90 | 1.90 | 215.00 | 408.50 |
| 12/14/2018 | KLP | Revision of Amended Complaint; Drafting pro hac vice applications | 1.90 hrs. | | 215.00 /hr | 408.50 |
| KLP | 12/17/2018 | | 0.50 | 0.50 | 215.00 | 107.50 |
| 12/17/2018 | KLP | Communication with local counsel re: filing and pro hac documents | 0.50 hrs. | | 215.00 /hr | 107.50 |
| KLP | 12/20/2018 | | 1.10 | 1.10 | 215.00 | 236.50 |
| 12/20/2018 | KLP | Call to D. Lustig; Preparing Pro Hac applications and Amended Complaint for filing | 1.10 hrs. | | 215.00 /hr | 236.50 |
| MRW | 01/02/2019 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 01/02/2019 | MRW | Drafted notice of summons; communications with D. Lustig re: notice of summons. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| EM | 01/02/2019 | | 0.60 | 0.60 | 85.00 | 51.00 |
| 01/02/2019 | EM | Prepare Proof of Service | 0.60 hrs. | | 85.00 /hr | 51.00 |
| MRW | 01/03/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 01/03/2019 | MRW | Communications with D. Lustig re: summons. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| EM | 01/03/2019 | | 0.40 | 0.40 | 85.00 | 34.00 |
| 01/03/2019 | EM | Revise Proof of Service | 0.40 hrs. | | 85.00 /hr | 34.00 |
| MRW | 01/11/2019 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 01/11/2019 | MRW | Communications with B. Coren re: settlement discussions; conducted research re: collection of judgment on foreign company. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| MRW | 01/16/2019 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 01/16/2019 | MRW | Communications with K. Perkins re: settlement discussions and case management order; reviewed local rules and case management order. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| KLP | 01/16/2019 | | 2.00 | 2.00 | 215.00 | 430.00 |
| 01/16/2019 | KLP | Case management; review | 2.00 hrs. | | 215.00 /hr | 430.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 001465 | Coren, Bruce | | | Invoice# | 0 | Page | 8 |
| KLP | 01/18/2019 | | 2.00 | 2.00 | 215.00 | | 430.00 |
| 01/18/2019 | KLP | Case management memo research | | 2.00 hrs. | 215.00 /hr | | 430.00 |
| MRW | 01/23/2019 | | 1.90 | 1.90 | 435.00 | | 826.50 |
| 01/23/2019 | MRW | Communications with K. Perkins re: scheduling conference memo; drafted scheduling confernce memo. | | 1.90 hrs. | 435.00 /hr | | 826.50 |
| MRW | 01/24/2019 | | 2.30 | 2.30 | 435.00 | | 1,000.50 |
| 01/24/2019 | MRW | Drafted scheduling order; communications with K. Perkins and D. Lustig re: scheduling order. | | 2.30 hrs. | 435.00 /hr | | 1,000.50 |
| KLP | 01/24/2019 | | 7.50 | 7.50 | 215.00 | | 1,612.50 |
| 01/24/2019 | KLP | Case management memo; Scheduling order draft; Revising drafts | | 7.50 hrs. | 215.00 /hr | | 1,612.50 |
| MRW | 01/25/2019 | | 2.80 | 2.80 | 435.00 | | 1,218.00 |
| 01/25/2019 | MRW | Communications with D. Lustig and K. Perkins re: default; communications with S. Alter re: scheduling order and response to complaint; drafted motion for default. | | 2.80 hrs. | 435.00 /hr | | 1,218.00 |
| KLP | 01/25/2019 | | 4.30 | 4.30 | 215.00 | | 924.50 |
| 01/25/2019 | KLP | Motion on default procedure research; response; Revising drafts | | 4.30 hrs. | 215.00 /hr | | 924.50 |
| MRW | 01/28/2019 | | 2.10 | 2.10 | 435.00 | | 913.50 |
| 01/28/2019 | MRW | Drafted motion for default; communications with K. Perkins and D. Lustig re: motion; communications with S. Alteri re: stipulation. | | 2.10 hrs. | 435.00 /hr | | 913.50 |
| KLP | 01/28/2019 | | 6.00 | 6.00 | 215.00 | | 1,290.00 |
| 01/28/2019 | KLP | Research; Drafting; Revising motion for entry of default against Gigaa | | 6.00 hrs. | 215.00 /hr | | 1,290.00 |
| MRW | 01/29/2019 | | 1.70 | 1.70 | 435.00 | | 739.50 |
| 01/29/2019 | MRW | Communications with B. Coren re: motion for default and damages; communications with K. Perkins and D. Lustig re: motion for default. | | 1.70 hrs. | 435.00 /hr | | 739.50 |
| KLP | 01/29/2019 | | 2.50 | 2.50 | 215.00 | | 537.50 |
| 01/29/2019 | KLP | Proposed stipulation; Revising and Drafting filings | | 2.50 hrs. | 215.00 /hr | | 537.50 |
| MRW | 01/30/2019 | | 2.40 | 2.40 | 435.00 | | 1,044.00 |
| 01/30/2019 | MRW | Communications with D. Lustig and K. Perkins re: sceduling order and discovery conference; drafted discovery order; communications with S. Altheri re: discovery conference. | | 2.40 hrs. | 435.00 /hr | | 1,044.00 |
| KLP | 01/30/2019 | | 1.80 | 1.80 | 215.00 | | 387.00 |
| 01/30/2019 | KLP | Re Scheduling Order; Motion for Default; Case mgmt in general | | 1.80 hrs. | 215.00 /hr | | 387.00 |

001465   Coren, Bruce                                Invoice# 0          Page 9

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| KLP | 02/04/2019 | | 0.80 | 0.80 | 215.00 | 172.00 |
| 02/04/2019 | KLP | Motion for Final Default | 0.80 hrs. | | 215.00 /hr | 172.00 |
| KLP | 02/05/2019 | | 4.80 | 4.80 | 215.00 | 1,032.00 |
| 02/05/2019 | KLP | Motion for Final Default - Draft and revise | 4.80 hrs. | | 215.00 /hr | 1,032.00 |
| KLP | 02/08/2019 | | 1.20 | 1.20 | 215.00 | 258.00 |
| 02/08/2019 | KLP | Drafting withdrawal of appearance; Revising per Local Counsel; communicating with client re: withdrawal | 1.20 hrs. | | 215.00 /hr | 258.00 |
| MRW | 02/11/2019 | | 2.60 | 2.60 | 435.00 | 1,131.00 |
| 02/11/2019 | MRW | Communications with D. Torriesella re: motion for default; conducted research re: default with multiple defendants. | 2.60 hrs. | | 435.00 /hr | 1,131.00 |
| MRW | 02/12/2019 | | 2.10 | 2.10 | 435.00 | 913.50 |
| 02/12/2019 | MRW | Communications with K. Perkins and D. Lustig re: default; conducted research re: motion for default; communications with D. Lustig and S. Alter re: conference call. | 2.10 hrs. | | 435.00 /hr | 913.50 |
| KLP | 02/12/2019 | | 1.30 | 1.30 | 215.00 | 279.50 |
| 02/12/2019 | KLP | Communicating with local counsel re: withdrawal notice; Organizing remaining case file; correspondence re: motion for default | 1.30 hrs. | | 215.00 /hr | 279.50 |
| MRW | 02/13/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 02/13/2019 | MRW | Communications with D. Lustig and S. Alter re: scheduling issues. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 02/15/2019 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 02/15/2019 | MRW | Communications with S. Alter re: scheduling issues; reviewed motion to dismiss; communications with B. Coren re: motion to dismiss. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| MRW | 02/18/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 02/18/2019 | MRW | Communications with S. Alter re: discovery issues. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 02/19/2019 | | 0.20 | 0.20 | 435.00 | 87.00 |
| 02/19/2019 | MRW | Communications with B. Coren re: scheduling order. | 0.20 hrs. | | 435.00 /hr | 87.00 |
| MRW | 02/20/2019 | | 0.70 | 0.70 | 435.00 | 304.50 |
| 02/20/2019 | MRW | Telephone conference with S. Alter re: discovery; communications with D. Lustig re: conference report. | 0.70 hrs. | | 435.00 /hr | 304.50 |
| MRW | 02/21/2019 | | 0.30 | 0.30 | 435.00 | 130.50 |
| 02/21/2019 | MRW | Drafted conference report. | 0.30 hrs. | | 435.00 /hr | 130.50 |

001465   Coren, Bruce                              Invoice# 0           Page 10

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| EM | 02/21/2019 | | 1.30 | 1.30 | 85.00 | 110.50 |
| 02/21/2019 | EM | Review rules; draft conference report | 1.30 hrs. | | 85.00 /hr | 110.50 |
| MRW | 02/22/2019 | | 2.20 | 2.20 | 435.00 | 957.00 |
| 02/22/2019 | MRW | Conducted research re: motion to dismiss. | 2.20 hrs. | | 435.00 /hr | 957.00 |
| MRW | 02/24/2019 | | 0.50 | 0.50 | 435.00 | 217.50 |
| 02/24/2019 | MRW | Communications with S. Alter and D. Lustig re: motion to dismiss. | 0.50 hrs. | | 435.00 /hr | 217.50 |
| MRW | 02/25/2019 | | 2.10 | 2.10 | 435.00 | 913.50 |
| 02/25/2019 | MRW | Communications with D. Lustig re: motion to dismiss; conducted research re: motion to dismiss. | 2.10 hrs. | | 435.00 /hr | 913.50 |
| EM | 02/25/2019 | | 2.10 | 2.10 | 85.00 | 178.50 |
| 02/25/2019 | EM | Draft stip to extend time; revise; review correspondence re: same | 2.10 hrs. | | 85.00 /hr | 178.50 |
| MRW | 02/26/2019 | | 4.80 | 4.80 | 435.00 | 2,088.00 |
| 02/26/2019 | MRW | Participated in magistrate's scheduling conference; drafted opposition to motion to dismiss. | 4.80 hrs. | | 435.00 /hr | 2,088.00 |
| EM | 02/26/2019 | | 2.70 | 2.70 | 85.00 | 229.50 |
| 02/26/2019 | EM | Draft motion reponse papers | 2.70 hrs. | | 85.00 /hr | 229.50 |
| AJB | 02/27/2019 | | 0.60 | 0.60 | 435.00 | 261.00 |
| 02/27/2019 | AJB | Proofread brief in opposition to motion to dismiss. | 0.60 hrs. | | 435.00 /hr | 261.00 |
| MRW | 02/27/2019 | | 5.10 | 5.10 | 435.00 | 2,218.50 |
| 02/27/2019 | MRW | Drafted opposition to motion to dismiss; communications with D. Lustig re: opposition to motion to dismiss. | 5.10 hrs. | | 435.00 /hr | 2,218.50 |
| MRW | 02/28/2019 | | 1.40 | 1.40 | 435.00 | 609.00 |
| 02/28/2019 | MRW | Communications with B. Coren re: scheduling order; communications with D. Lustig re: opposition to motion to dismiss. | 1.40 hrs. | | 435.00 /hr | 609.00 |
| EM | 02/28/2019 | | 1.40 | 1.40 | 85.00 | 119.00 |
| 02/28/2019 | EM | Review scheduling order; calendar deadlines | 1.40 hrs. | | 85.00 /hr | 119.00 |
| MRW | 03/01/2019 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 03/01/2019 | MRW | Communications with B. Coren and D. Lustig re: mediation. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| MRW | 03/04/2019 | | 0.80 | 0.80 | 435.00 | 348.00 |
| 03/04/2019 | MRW | Communications with B. Coren and D. Lustig re: mediation. | 0.80 hrs. | | 435.00 /hr | 348.00 |
| MRW | 03/05/2019 | | 0.60 | 0.60 | 435.00 | 261.00 |
| 03/05/2019 | MRW | Communications with S. Alther re: motion to dismiss; communications | 0.60 hrs. | | 435.00 /hr | 261.00 |

001465        Coren, Bruce                                              Invoice#  0                Page   11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MRW | 03/06/2019 | | 0.50 | 0.50 | 435.00 | | 217.50 |
| 03/06/2019 | MRW | Communications with B. Coren re: discovery issues. | | 0.50 hrs. | 435.00 /hr | | 217.50 |
| MRW | 03/07/2019 | | 0.70 | 0.70 | 435.00 | | 304.50 |
| 03/07/2019 | MRW | Communications with S. Alter and D. Lustig re: mediation. | | 0.70 hrs. | 435.00 /hr | | 304.50 |
| MRW | 03/11/2019 | | 2.10 | 2.10 | 435.00 | | 913.50 |
| 03/11/2019 | MRW | Drafted initial disclosures; communications with B. Coren re: initial disclosures; communications with D. Lustig re: initial disclosures. | | 2.10 hrs. | 435.00 /hr | | 913.50 |
| EM | 03/11/2019 | | 0.60 | 0.60 | 85.00 | | 51.00 |
| 03/11/2019 | EM | Set up Initial Disclosures | | 0.60 hrs. | 85.00 /hr | | 51.00 |
| MRW | 03/14/2019 | | 1.20 | 1.20 | 435.00 | | 522.00 |
| 03/14/2019 | MRW | Communications with S. Coren re: mediation; communications with D. Toriselli re: initial disclosures. | | 1.20 hrs. | 435.00 /hr | | 522.00 |
| MRW | 03/15/2019 | | 1.40 | 1.40 | 435.00 | | 609.00 |
| 03/15/2019 | MRW | Revised initial disclosures; communications with B. Coren re: initial disclosures; drafted document requests. | | 1.40 hrs. | 435.00 /hr | | 609.00 |
| EM | 03/15/2019 | | 2.20 | 2.20 | 85.00 | | 187.00 |
| 03/15/2019 | EM | Prepare docs for production; draft RFP | | 2.20 hrs. | 85.00 /hr | | 187.00 |
| MRW | 03/18/2019 | | 0.30 | 0.30 | 435.00 | | 130.50 |
| 03/18/2019 | MRW | Communications with D. Lustig re: mediation. | | 0.30 hrs. | 435.00 /hr | | 130.50 |
| MRW | 03/19/2019 | | 1.10 | 1.10 | 435.00 | | 478.50 |
| 03/19/2019 | MRW | Revised discovery requests; communications with B. Coren and D. Lustig re: discovery requests. | | 1.10 hrs. | 435.00 /hr | | 478.50 |
| MRW | 03/20/2019 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 03/20/2019 | MRW | Revised document requests. | | 0.40 hrs. | 435.00 /hr | | 174.00 |
| MRW | 03/26/2019 | | 0.80 | 0.80 | 435.00 | | 348.00 |
| 03/26/2019 | MRW | Communications with D. Lustig re: discovery requests; revised discovery requests. | | 0.80 hrs. | 435.00 /hr | | 348.00 |
| MRW | 03/27/2019 | | 0.90 | 0.90 | 435.00 | | 391.50 |
| 03/27/2019 | MRW | Communications with D. Lustig re: discovery requests and confidentiality order; revised document requests. | | 0.90 hrs. | 435.00 /hr | | 391.50 |
| AJB | 03/29/2019 | | 0.60 | 0.60 | 435.00 | | 261.00 |
| 03/29/2019 | AJB | Analysis of third party subpoena requirements. | | 0.60 hrs. | 435.00 /hr | | 261.00 |

Note: first row continues "with D. Lustig re: motion to dismiss." from previous page.

001465      Coren, Bruce                                          Invoice# 0            Page   12

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MRW | 03/29/2019 | | 1.60 | 1.60 | 435.00 | | 696.00 |
| 03/29/2019 | MRW | Revised document requests; served document requests; drafted subpoena; communications with D. Lustig re: subpoena; conducted research re: subpoena. | 1.60 hrs. | | 435.00 /hr | | 696.00 |
| EM | 03/29/2019 | | 2.60 | 2.60 | 85.00 | | 221.00 |
| 03/29/2019 | EM | Draft subpoena and ntice of same; fianlize and serve doc requests, | 2.60 hrs. | | 85.00 /hr | | 221.00 |
| MRW | 04/02/2019 | | 0.80 | 0.80 | 435.00 | | 348.00 |
| 04/02/2019 | MRW | Telephone conference with S. Alter re: settlement. | 0.80 hrs. | | 435.00 /hr | | 348.00 |
| MRW | 04/03/2019 | | 0.70 | 0.70 | 435.00 | | 304.50 |
| 04/03/2019 | MRW | Communications with D. Lustig re: discovery issues. | 0.70 hrs. | | 435.00 /hr | | 304.50 |
| MRW | 04/04/2019 | | 1.30 | 1.30 | 435.00 | | 565.50 |
| 04/04/2019 | MRW | Communications with D. Lustig re: discovery issues; revised subpoena on Aspen. | 1.30 hrs. | | 435.00 /hr | | 565.50 |
| EM | 04/04/2019 | | 1.90 | 1.90 | 85.00 | | 161.50 |
| 04/04/2019 | EM | Draft subpoena and Notice of same; prepare conf agreement | 1.90 hrs. | | 85.00 /hr | | 161.50 |
| MRW | 04/08/2019 | | 0.60 | 0.60 | 435.00 | | 261.00 |
| 04/08/2019 | MRW | Communications with D. Lustig re: discovery issues. | 0.60 hrs. | | 435.00 /hr | | 261.00 |
| EM | 04/08/2019 | | 0.60 | 0.60 | 85.00 | | 51.00 |
| 04/08/2019 | EM | Revise and serve subpoena notice | 0.60 hrs. | | 85.00 /hr | | 51.00 |
| MRW | 04/09/2019 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 04/09/2019 | MRW | Drafted letter to Aspen re: discovery. | 0.40 hrs. | | 435.00 /hr | | 174.00 |
| EM | 04/09/2019 | | 0.60 | 0.60 | 85.00 | | 51.00 |
| 04/09/2019 | EM | Draft letter enc subpoena; transmit same | 0.60 hrs. | | 85.00 /hr | | 51.00 |
| EM | 04/10/2019 | | 0.40 | 0.40 | 85.00 | | 34.00 |
| 04/10/2019 | EM | Revise confidentiality doc | 0.40 hrs. | | 85.00 /hr | | 34.00 |
| MRW | 04/11/2019 | | 0.90 | 0.90 | 435.00 | | 391.50 |
| 04/11/2019 | MRW | Reviewed correspondence from S. Alter re: settlement; communications with B. Coren re: letter. | 0.90 hrs. | | 435.00 /hr | | 391.50 |
| MRW | 04/12/2019 | | 1.40 | 1.40 | 435.00 | | 609.00 |
| 04/12/2019 | MRW | Communications with B. Coren re: damages; conducted research re: damages. | 1.40 hrs. | | 435.00 /hr | | 609.00 |
| MRW | 04/16/2019 | | 1.90 | 1.90 | 435.00 | | 826.50 |
| 04/16/2019 | MRW | Communications with B. Coren re: settlement; drafted letter to S. Alter re: settlement. | 1.90 hrs. | | 435.00 /hr | | 826.50 |

001465   Coren, Bruce                                      Invoice# 0          Page 13

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| EM | 04/16/2019 | | 0.60 | 0.60 | 85.00 | 51.00 |
| 04/16/2019 | EM | Revise and serve ltr on counsel | 0.60 hrs. | | 85.00 /hr | 51.00 |
| MRW | 04/18/2019 | | 0.70 | 0.70 | 435.00 | 304.50 |
| 04/18/2019 | MRW | Communications with JAMS re: mediation; reviewed mediation rules. | 0.70 hrs. | | 435.00 /hr | 304.50 |
| MRW | 04/19/2019 | | 2.10 | 2.10 | 435.00 | 913.50 |
| 04/19/2019 | MRW | Drafted confidentiality agreement; communications with B. Coren re: settlement; reviewed sales materials. | 2.10 hrs. | | 435.00 /hr | 913.50 |
| MRW | 04/23/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 04/23/2019 | MRW | Communications with D. Lustig re: mediation. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 04/25/2019 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 04/25/2019 | MRW | Communications with mediator re: submission; reviewed submission rules. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| MRW | 04/29/2019 | | 1.20 | 1.20 | 435.00 | 522.00 |
| 04/29/2019 | MRW | Communications with S. Alter re: discovery and settlement; communications with B. Coren re: settlement. | 1.20 hrs. | | 435.00 /hr | 522.00 |
| MRW | 05/01/2019 | | 4.40 | 4.40 | 435.00 | 1,914.00 |
| 05/01/2019 | MRW | Drafted letter to S. Alter re: mediation; drafted mediation statement; conducted research re: tortious interference damages | 4.40 hrs. | | 435.00 /hr | 1,914.00 |
| MRW | 05/02/2019 | | 2.10 | 2.10 | 435.00 | 913.50 |
| 05/02/2019 | MRW | Reviewed materials for mediation. | 2.10 hrs. | | 435.00 /hr | 913.50 |
| EM | 05/02/2019 | | 0.30 | 0.30 | 85.00 | 25.50 |
| 05/02/2019 | EM | Serve correspondence | 0.30 hrs. | | 85.00 /hr | 25.50 |
| MRW | 05/03/2019 | | 4.60 | 4.60 | 435.00 | 2,001.00 |
| 05/03/2019 | MRW | Reviewed motion to dismiss order; communications with B. Coren re: mediation and motion to dismiss order; communications with S. Alter re: mediation; reviewded mediation statement; reviewed document production. | 4.60 hrs. | | 435.00 /hr | 2,001.00 |
| MRW | 05/05/2019 | | 6.40 | 6.40 | 435.00 | 2,784.00 |
| 05/05/2019 | MRW | Prepared for mediation; travelled to Flordia for mediation. | 6.40 hrs. | | 435.00 /hr | 2,784.00 |
| AJB | 05/06/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 05/06/2019 | AJB | Analysis of mediation issues. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 05/06/2019 | | 12.30 | 12.30 | 435.00 | 5,350.50 |
| 05/06/2019 | MRW | Prepared for mediation; participated in mediation. | 12.30 hrs. | | 435.00 /hr | 5,350.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 001465 | Coren, Bruce | | | Invoice# | 0 | Page | 14 |
| MRW | 05/07/2019 | | 9.40 | 9.40 | 435.00 | | 4,089.00 |
| 05/07/2019 | MRW | Communications with D. Lustig re: mediation; travelled to Philadelphia. | | 9.40 hrs. | 435.00 /hr | | 4,089.00 |
| AJB | 05/22/2019 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 05/22/2019 | AJB | Analysis of settlement agreement. | | 0.40 hrs. | 435.00 /hr | | 174.00 |
| MRW | 05/22/2019 | | 3.20 | 3.20 | 435.00 | | 1,392.00 |
| 05/22/2019 | MRW | Drafted settlement agreement; communications with B. Coren re: settlement agreement. | | 3.20 hrs. | 435.00 /hr | | 1,392.00 |
| MRW | 05/23/2019 | | 2.90 | 2.90 | 435.00 | | 1,261.50 |
| 05/23/2019 | MRW | Drafted settlement documents; communications with S. Coren and D. Lustig re: settlement documents. | | 2.90 hrs. | 435.00 /hr | | 1,261.50 |
| AJB | 05/24/2019 | | 0.20 | 0.20 | 435.00 | | 87.00 |
| 05/24/2019 | AJB | Review of settlement documents. | | 0.20 hrs. | 435.00 /hr | | 87.00 |
| MRW | 05/24/2019 | | 2.70 | 2.70 | 435.00 | | 1,174.50 |
| 05/24/2019 | MRW | Drafted settlement documents; communications with S. Coren and D. Lustig re: settlement documents. | | 2.70 hrs. | 435.00 /hr | | 1,174.50 |
| AJB | 05/25/2019 | | 0.20 | 0.20 | 435.00 | | 87.00 |
| 05/25/2019 | AJB | Reviewed settlement documents. | | 0.20 hrs. | 435.00 /hr | | 87.00 |
| MRW | 05/25/2019 | | 3.20 | 3.20 | 435.00 | | 1,392.00 |
| 05/25/2019 | MRW | Drafted settlement documents; communications with D. Lustig re: settlement documents; communications with S. Alter re: settlement documents. | | 3.20 hrs. | 435.00 /hr | | 1,392.00 |
| MRW | 05/28/2019 | | 0.90 | 0.90 | 435.00 | | 391.50 |
| 05/28/2019 | MRW | Communications with D. Lustig re: settlement agreement; communications with S. Alter re: settlement agreement. | | 0.90 hrs. | 435.00 /hr | | 391.50 |
| MRW | 05/29/2019 | | 1.80 | 1.80 | 435.00 | | 783.00 |
| 05/29/2019 | MRW | Communications with S. Alter re: settlement agreement; reviewed settlement agreement; communications with D. Lustig re: settlement agreement. | | 1.80 hrs. | 435.00 /hr | | 783.00 |
| MRW | 05/30/2019 | | 0.80 | 0.80 | 435.00 | | 348.00 |
| 05/30/2019 | MRW | Communications with D. Lustig and S. Alter re: settlement agreement and order. | | 0.80 hrs. | 435.00 /hr | | 348.00 |
| AJB | 05/31/2019 | | 0.40 | 0.40 | 435.00 | | 174.00 |
| 05/31/2019 | AJB | Attended to tasks re: status report. | | 0.40 hrs. | 435.00 /hr | | 174.00 |
| MRW | 05/31/2019 | | 1.10 | 1.10 | 435.00 | | 478.50 |
| 05/31/2019 | MRW | Communications with D. Lustig and S. Alter re: settlement agreement and | | 1.10 hrs. | 435.00 /hr | | 478.50 |

001465    Coren, Bruce                                                    Invoice#  0           Page  15

| Initials | Date | Description | Hours | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | order. | | | | |
| AJB | 06/03/2019 | | 0.40 | 0.40 | 435.00 | 174.00 |
| 06/03/2019 | AJB | Attended to tasks re: motion to approve settlement. | 0.40 hrs. | | 435.00 /hr | 174.00 |
| MRW | 06/03/2019 | | 3.60 | 3.60 | 435.00 | 1,566.00 |
| 06/03/2019 | MRW | Drafted settlement documents; communications with D. Lustig and S. Alter re: settlement. | 3.60 hrs. | | 435.00 /hr | 1,566.00 |
| MRW | 06/04/2019 | | 2.10 | 2.10 | 435.00 | 913.50 |
| 06/04/2019 | MRW | Revised settlement documents; communications with D. Lustig and B. Coren. | 2.10 hrs. | | 435.00 /hr | 913.50 |
| EM | 06/04/2019 | | 0.40 | 0.40 | 85.00 | 34.00 |
| 06/04/2019 | EM | Ran doc comparisons on settlement papers | 0.40 hrs. | | 85.00 /hr | 34.00 |
| MRW | 06/05/2019 | | 2.30 | 2.30 | 435.00 | 1,000.50 |
| 06/05/2019 | MRW | Revised settlement documents; communications with D. Lustig and S. Alter re: settlement documents. | 2.30 hrs. | | 435.00 /hr | 1,000.50 |
| MRW | 06/06/2019 | | 1.80 | 1.80 | 435.00 | 783.00 |
| 06/06/2019 | MRW | Communications with D. Lustig re: mediation; revised settlement documents. | 1.80 hrs. | | 435.00 /hr | 783.00 |
| EM | 06/07/2019 | | 1.10 | 1.10 | 85.00 | 93.50 |
| 06/07/2019 | EM | Prepare subpoena to DHL | 1.10 hrs. | | 85.00 /hr | 93.50 |
| MRW | 06/11/2019 | | 1.30 | 1.30 | 435.00 | 565.50 |
| 06/11/2019 | MRW | Drafted subpoena; communications with E. Mullen re: subpoena. | 1.30 hrs. | | 435.00 /hr | 565.50 |
| EM | 06/11/2019 | | 0.80 | 0.80 | 85.00 | 68.00 |
| 06/11/2019 | EM | Revise subpoena; review emails | 0.80 hrs. | | 85.00 /hr | 68.00 |
| MRW | 06/18/2019 | | 0.60 | 0.60 | 435.00 | 261.00 |
| 06/18/2019 | MRW | Communications with B. Coren re: settlement agreement. | 0.60 hrs. | | 435.00 /hr | 261.00 |
| MRW | 06/19/2019 | | 1.10 | 1.10 | 435.00 | 478.50 |
| 06/19/2019 | MRW | Communications with B. Coren and D. Lustig re: settlement. | 1.10 hrs. | | 435.00 /hr | 478.50 |
| MRW | 06/20/2019 | | 1.20 | 1.20 | 435.00 | 522.00 |
| 06/20/2019 | MRW | Communications with D. Lustig re: joint motion. | 1.20 hrs. | | 435.00 /hr | 522.00 |
| MRW | 06/25/2019 | | 1.80 | 1.80 | 435.00 | 783.00 |
| 06/25/2019 | MRW | Conducted research re: dismissal; drafted letter brief. | 1.80 hrs. | | 435.00 /hr | 783.00 |
| MRW | 06/27/2019 | | 1.20 | 1.20 | 435.00 | 522.00 |
| 06/27/2019 | MRW | Drafted brief. | 1.20 hrs. | | 435.00 /hr | 522.00 |

| 001465 | Coren, Bruce | | | | Invoice# | 0 | | Page | 16 |
|---|---|---|---|---|---|---|---|---|---|
| AJB | 06/28/2019 | | 0.30 | 0.30 | | 435.00 | | | 130.50 |
| 06/28/2019 | AJB | Attended to tasks re: motion to approve settlement agreement. | | | 0.30 hrs. | | 435.00 /hr | | 130.50 |
| MRW | 07/01/2019 | | 0.50 | 0.50 | | 435.00 | | | 217.50 |
| 07/01/2019 | MRW | Communications with D. Lustig re: memo of law in support of motion to retain jurisdiction. | | | 0.50 hrs. | | 435.00 /hr | | 217.50 |
| AJB | 07/02/2019 | | 0.30 | 0.30 | | 435.00 | | | 130.50 |
| 07/02/2019 | AJB | Review and analysis of memorandum of law. | | | 0.30 hrs. | | 435.00 /hr | | 130.50 |
| MRW | 07/02/2019 | | 0.90 | 0.90 | | 435.00 | | | 391.50 |
| 07/02/2019 | MRW | Drafted memorandum of law; communications with D. Lustig re: memorandum of law. | | | 0.90 hrs. | | 435.00 /hr | | 391.50 |
| MRW | 07/08/2019 | | 0.30 | 0.30 | | 435.00 | | | 130.50 |
| 07/08/2019 | MRW | Communications with D. Lustig re: memorandum of law. | | | 0.30 hrs. | | 435.00 /hr | | 130.50 |
| EM | 07/10/2019 | | 0.60 | 0.60 | | 85.00 | | | 51.00 |
| 07/10/2019 | EM | Draft cert for filing; emails re: same | | | 0.60 hrs. | | 85.00 /hr | | 51.00 |
| EM | 08/07/2019 | | 0.40 | 0.40 | | 85.00 | | | 34.00 |
| 08/07/2019 | EM | Doc comparison | | | 0.40 hrs. | | 85.00 /hr | | 34.00 |
| EM | 08/16/2019 | | 0.80 | 0.80 | | 85.00 | | | 68.00 |
| 08/16/2019 | EM | Draft subpoena | | | 0.80 hrs. | | 85.00 /hr | | 68.00 |
| AJB | 08/28/2019 | | 0.40 | 0.40 | | 435.00 | | | 174.00 |
| 08/28/2019 | AJB | Discussion re: case status; review of motion to retain jurisdiction. | | | 0.40 hrs. | | 435.00 /hr | | 174.00 |
| MRW | 09/03/2019 | | 0.40 | 0.40 | | 435.00 | | | 174.00 |
| 09/03/2019 | MRW | Communications with D. Lustig and S. Alter re: dismissal; communications with B. Coren re: dismissal. | | | 0.40 hrs. | | 435.00 /hr | | 174.00 |
| MRW | 09/09/2019 | | 0.30 | 0.30 | | 435.00 | | | 130.50 |
| 09/09/2019 | MRW | Communications with B. Coren and S. Coren re: dismissal; communications wtih S. Alter re: dismissal. | | | 0.30 hrs. | | 435.00 /hr | | 130.50 |
| JCB | 09/10/2019 | | 3.00 | 3.00 | | 220.00 | | | 660.00 |
| 09/10/2019 | JCB | Legal research re: filing Notice of Voluntary Dismissal on one defendant in a multiple defendant lawsuit pursuant to Rule 41, including analysis of circuit split re: same (2.2); drafted memorandum/correspondence to M. Williams re: same (0.5); discussion with M. Williams re: same (0.3). | | | 3.00 hrs. | | 220.00 /hr | | 660.00 |
| MRW | 09/11/2019 | | 0.90 | 0.90 | | 435.00 | | | 391.50 |
| 09/11/2019 | MRW | Drafted stip of dismissal; | | | 0.90 hrs. | | 435.00 /hr | | 391.50 |

001465    Coren, Bruce                                      Invoice#  0              Page   17

communications with S. Alter and S. Coren re: stipulation.

| | | | | | | |
|---|---|---|---|---|---|---|
| EM | 09/11/2019 | | 0.80 | 0.80 | 85.00 | 68.00 |
| 09/11/2019 | EM | Revise motion to dismiss; draft cert | 0.80 hrs. | | 85.00 /hr | 68.00 |
| JCB | 09/11/2019 | | 1.50 | 1.50 | 220.00 | 330.00 |
| 09/11/2019 | JCB | Proofread/Edits to Motion to Dismiss Defendant Vorwaller; Discussion with M. Williams re: same. | 1.50 hrs. | | 220.00 /hr | 330.00 |
| MRW | 09/25/2019 | | 0.80 | 0.80 | 435.00 | 348.00 |
| 09/25/2019 | MRW | Communications with B. Coren and S. Coren re: motion for default judgment. | 0.80 hrs. | | 435.00 /hr | 348.00 |

$114,068.50

EXPENSES

| | | | |
|---|---|---|---|
| WES | 09/30/2019 | $101.29 | |
| 09/30/2019 | Westlaw Charges | | 101.29 |

$101.29

| | | | |
|---|---|---|---|
| Belli, Andrew J | 4.20 hrs. | 435.00 /hr | $1,827.00 |
| Mullen, Erin-Paralegal | 23.20 hrs. | 85.00 /hr | $1,972.00 |
| Bronson, Jayme C | 4.50 hrs. | 220.00 /hr | $990.00 |
| Perkins, Katherine L. | 136.20 hrs. | 215.00 /hr | $29,283.00 |
| Williams, Matthew R | 183.90 hrs. | 435.00 /hr | $79,996.50 |
| Total Fees for this Matter | | | $114,068.50 |

Billing Summary

| | |
|---|---|
| Total professional services | $114,068.50 |
| Total expenses incurred | $101.29 |
| Total of new charges for this invoice | $114,169.79 |
| **Total balance now due** | **$114,169.79** |