# EXHIBIT 2

# Pike & Lustig, LLP

1209 N. Olive Avenue
West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

November 07, 2018

File #  18-000156

Invoice #    362

Re:

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/02/2018 | Daniel Lustig | Review and revise proposed draft of complaint | 0.90 | $315.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | **For professional services rendered** | | **0.90** | **$315.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 0.90 | 350.00 | $315.00 |

| | |
|---|---|
| **Total amount of this bill** | **$315.00** |
| Balance due | $315.00 |

# Pike & Lustig, LLP
### 1209 N. Olive Avenue
### West Palm Beach, FL 33401

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

January 09, 2019        File #  18-000156

Invoice #   372        Re:

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/05/2018 | Michael Pike | Review and analysis of complaint.<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.40 | $140.00 |
| | Daniel Lustig | Final review of complaint before filing<br>**Task Code:**<br>**Activity Code:** | 0.50 | $175.00 |
| 12/06/2018 | Daniel Lustig | Prepare summons for filing for Gigaa<br>**Task Code:**<br>**Activity Code:** | 0.20 | $70.00 |
| | Daniel Lustig | Prepare summons for filing for Vorwaller<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| | Daniel Lustig | Prepare civil cover sheet for filing<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| | Daniel Lustig | Complete case opening information in CM/ECF for filing and file complaint<br>**Task Code:**<br>**Activity Code:** | 0.80 | $280.00 |

Page 2

| 12/07/2018 | Maritza Carmona | Receipt & Review<br>•DE 1 Complaint with Exhibits<br>•DE1-6 Civil Cover Sheet<br>•DE1-7 Summons Gigaa<br>•DE1-8 Summons Charles Vorwaller<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 12/10/2018 | Maritza Carmona | Receipt & Review DE 3 Summons Issued as to Charles Vorwaller, Wuhan Gigaa Optronics Technology Co., Ltd.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Rita Gilkes | receipt and review of issued summons and sent summons, civil cover sheet and complaint to Rock Legal for service.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.30 | $40.50 |
| | Rita Gilkes | receipt and review of e-mail from Rock Legal Confirming that received our e-mail with respect to service<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 12/11/2018 | Rita Gilkes | receipt and review of e-mail with instructions about the service to Wuhan Gigaa Optronics in China. I responded that I need to speak with Daniel.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $27.00 |
| 12/14/2018 | Daniel Lustig | Review multiple emails exchanged between Bruce and counsel concerning e-mail for Giggaa re service<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| 12/17/2018 | Daniel Lustig | Review draft of amended complaint for filing as well as motions to appear pro-hac sent by out-of-state counsel<br>**Task Code:**<br>**Activity Code:** | 0.80 | $280.00 |
| | Maritza Carmona | Receipt & Review •Email DE 4 Paperless Order Plaintiff shall file an amended complaint by 12.21.18<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |

| 12/20/2018 | Daniel Lustig | Revise proposed order for Motion to Appear Pro Hac<br>**Task Code:**<br>**Activity Code:** | 0.80 | $280.00 |
|---|---|---|---|---|
| | Daniel Lustig | File 3 motions to appear pro hac, and e-mail judge the proposed order<br>**Task Code:**<br>**Activity Code:** | 0.90 | $315.00 |
| 12/21/2018 | Maritza Carmona | Receipt & Review •DE 8 Motion to Appear Pro Hac Vice Consent to Designation and Request to Electronically Receive Notices of Electronic Filing<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review •DE 7 Motion to Appear Pro Hac Vice Consent to Designation and Request to Electronically Receive Notices of Electronic Filing •DE 7-1 Order Granting Motion to Appear Pro Hac Vice Consent to Designation and Request to Electronically Receive Notices of Electronic Filing<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review •DE 6 Motion to Appear Pro Hac Vice Consent to Designation and Request to Electronically Receive Notices of Electronic Filing<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review •DE 11 Paperless Order Granting Motion to Appear Pro Hac Vice<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review •DE 10 Paperless Order Granting Motion to Appear Pro Hac Vice<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review •DE 9 Paperless Order Granting Motion to Appear Pro Hac Vice<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 12/27/2018 | Maritza Carmona | Email to Matthew Williams attaching Amended Complaint<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |

Page 4

| | | | |
|---|---|---|---|
| Rita Gilkes | Receipt and review of e-mail from Rock Legal confirming that Charles Vorwaller was served on December 20, 2018 | 0.10 | $13.50 |
| | **Task Code:** See Explanation Section | | |
| | **Activity Code:** | | |
| Rita Gilkes | receipt and review of e-mail attaching Affidavit of Service for Charels E. Worwaller | 0.20 | $27.00 |
| | **Task Code:** See Explanation Section | | |
| | **Activity Code:** | | |
| **For professional services rendered** | | **7.20** | **$2,111.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 4.90 | 350.00 | $1,715.00 |
| Maritza Carmona | 1.00 | 135.00 | $135.00 |
| Michael Pike | 0.40 | 350.00 | $140.00 |
| Rita Gilkes | 0.90 | 135.00 | $121.50 |

**Additional Charges**

| | | Amount |
|---|---|---|
| 12/6/2018 | Filing fee | $400.00 |
| 12/21/2018 | Issuance of summons | $225.00 |
| 12/28/2018 | Service on Charles E. Vorwaller | $113.00 |
| | **Total costs** | **$738.00** |
| | **Total amount of this bill** | **$2,849.50** |
| | Balance due | $2,849.50 |

# Pike & Lustig, LLP
## 1209 N. Olive Avenue
## West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

February 09, 2019                          File #  18-000156

Invoice #   379                            Re:

**Professional Services**

|            |                    |                                                                                                                                | Hours | Amount   |
|------------|--------------------|--------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 01/02/2019 | Rita Gilkes        | sent e-mail to Mr. Matthew William attaching is Proof of Service requesting that he provide a detail description what he sent to defendant Wuhan Gigaa<br>**Task Code:**     See  Explanation Section<br>**Activity Code:** | 0.20  | $27.00   |
| 01/11/2019 | Maritza Carmona    | Receipt & Review •DE 14 Notice of Appearance as Counsel for Defendant Charles Vorwaller<br>**Task Code:**     See  Explanation Section<br>**Activity Code:** | 0.10  | $13.50   |
| 01/16/2019 | Daniel Lustig      | Review Order containing information on certain deadlines and status conference entered by court<br>**Task Code:**<br>**Activity Code:** | 0.20  | $70.00   |
| 01/20/2019 | Daniel Lustig      | File Amended Complaint and exhibits as required by the Court<br>**Task Code:**<br>**Activity Code:** | 0.50  | $175.00  |
| 01/24/2019 | Daniel Lustig      | Multiple e-mails discussing service of amended complaint on Vorwaller<br>**Task Code:**<br>**Activity Code:** | 0.30  | $105.00  |
| 01/25/2019 | Dominique Torsiello | REview and revised Joint Proposed Scheduling Order.<br>**Task Code:**     See  Explanation Section<br>**Activity Code:** | 0.40  | $72.00   |

Page 2

| | | | | |
|---|---|---|---|---|
| | Dominique Torsiello | Draft e-mail to co-counsel enclosing Proposed Joint Schedule<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| 01/28/2019 | Dominique Torsiello | Review and revise Motion for Entry of Clerk's Default against Gigga; Remove proposed order; confer with DL re: same.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.65 | $117.00 |
| | Dominique Torsiello | Draft e-mail to co-counsel re: revisions to Motion.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
| | Dominique Torsiello | File Motion for Clerk's Default with CM/ECF; Serve same upon all parties, including Defendant gigaa via e-mail.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.30 | $54.00 |
| 01/29/2019 | Daniel Lustig | Prepare email for co-counsel with law re: Motion for Final Default Judgment<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| | Dominique Torsiello | Receive and review e-mails re: Clerk's Notice of Default from Court and co-counsel.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| | Dominique Torsiello | Briefly review Joint Stipulation provided by Katie.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| 01/30/2019 | Daniel Lustig | Prepare Joint Report as required by the Court and revise court order concerning Joint Report<br>**Task Code:**<br>**Activity Code:** | 0.90 | $315.00 |
| | Daniel Lustig | Multiple e-mails exchanged concerning stipulation and joint report with co-counsel and opposing counsel<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| | Dominique Torsiello | Pursuant to DL e-mail, review Joint stipulation and proposed order in detail and respond to DL's e-mail re: review of same.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |

| Dominique Torsiello | Revise proposed order on Joint Stipulation for Defendant's Answer to Amended Complaint | 0.20 | $36.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | File Joint Stipulation; Send proposed order to Judge via e-mail | 0.25 | $45.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Maritza Carmona | Receipt & Review •DE 20 Joint Stipulation Setting the Deadline for Defendant Charles Vorwaller to Respond to Plaintiff's Amended Complaint | 0.10 | $13.50 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Send e-mail to co-counsel requesting finalized Joint Report for filing. | 0.05 | $9.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Review and respond to e-mail from Rachelle re: documents to be produced and the review of documents. | 0.15 | $27.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Review proposed joint scheduling order; respond to Matt's e-mail re: same. | 0.20 | $36.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Confer with DL re: changes to Joint Scheduling Report and the filing of same. | 0.40 | $72.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Add signature and certificate of service to joint scheduling report; send same to Sheri for approval. | 0.35 | $63.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | Leave voicemail for Sheri: re: joint scheduling report. | 0.10 | $18.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

| Dominique Torsiello | File and Serve Joint Scheduling Report and Order. | 0.30 | $54.00 |
|---|---|---|---|

**Task Code:**    See Explanation Section

**Activity Code:**

Page 4

| 01/31/2019 | Maritza Carmona | Receipt & Review | 0.10 | $13.50 |
|---|---|---|---|---|

•DE 21 Joint Scheduling Report

**Task Code:**    See  Explanation Section

**Activity Code:**

| | **For professional services rendered** | **7.00** | **$1,628.50** |
|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 2.30 | 350.00 | $805.00 |
| Dominique Torsiello | 4.20 | 180.00 | $756.00 |
| Maritza Carmona | 0.30 | 135.00 | $40.50 |
| Rita Gilkes | 0.20 | 135.00 | $27.00 |

| **Total amount of this bill** | **$1,628.50** |
|---|---|
| Balance due | $1,628.50 |

# Pike & Lustig, LLP

1209 N. Olive Avenue
West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

March 08, 2019                    File #  18-000156

Invoice #   386                   Re:

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 02/05/2019 | Dominique Torsiello | Phone conversation with Katie re: format for Motion for Default Final Judgment<br>**Task Code:**       See  Explanation Section<br>**Activity Code:** | 0.15 | $27.00 |
| 02/06/2019 | Maritza Carmona | Receipt & Review<br>•DE 22 Defendant Charles Vorwaller's Motion for Extension of Time to File Response to Amended Complaint<br>**Task Code:**       See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review<br>•DE 22 Paperless Order Granting Motion for Extension of Time to File Response to a Complaint by Defense Counsel<br>**Task Code:**       See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 02/08/2019 | Dominique Torsiello | Begin revising Motion for Final Default Judgment<br>**Task Code:**       See  Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| | Dominique Torsiello | Briefly review Katie's withdrawal of appearance provided via E-Mail<br>**Task Code:**       See  Explanation Section<br>**Activity Code:** | 0.15 | $27.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2019 | Dominique Torsiello | Continue to review and revise Motion for Entry of Final Default Judgment. | | 0.80 | $144.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| 02/11/2019 | Dominique Torsiello | Confer with DL re: filing of Motion for Default | | 0.15 | $27.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| | Dominique Torsiello | Finalize Motion for Entry of Final Default Judgment; File same; Prepare e-mail sending proposed order; review Paperless Order from Court denying Motion; Send same to DL. | | 0.50 | $90.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| | Maritza Carmona | Receipt & Review •DE 25 Paperless Order Denying without Prejudice DE 24 Motion for Default Judgment for Plaintiff | | 0.10 | $13.50 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| | Dominique Torsiello | Draft e-mail to Matt re: revising Motion for Default Judgment pursuant to Court's Order. | | 0.20 | $36.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| | Dominique Torsiello | Review e-mail from Matt re: Renewing Motion for Default. | | 0.10 | $18.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| 02/13/2019 | Dominique Torsiello | Confer with DL re: case law provided by Matt. | | 0.15 | $27.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| | Dominique Torsiello | Finalize Notice of Withdrawal and File same with CM/ECF; Confer with MC re: rescheduling of conference call with all Parties to discuss Order. | | 0.45 | $81.00 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |
| 02/14/2019 | Maritza Carmona | Receipt & Review •DE 27 Defendant Charles Vorwaller's Motion to Dismiss Counts II and III of Amended Complaint | | 0.10 | $13.50 |
| | | **Task Code:** See Explanation Section | | | |
| | | **Activity Code:** | | | |

| 02/15/2019 | Dominique Torsiello | Review Joint scheduling Report and Order setting Status Conference re: deadline to appoint a mediator.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
|---|---|---|---|---|
| 02/18/2019 | Dominique Torsiello | Recire and review respond from Sheri re:<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| 02/19/2019 | Dominique Torsiello | Receive and review order setting Status Conference by Court.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| 02/20/2019 | Dominique Torsiello | Draft e-mail to co-counsel reminding of deadline to Respond to Motion to Dismiss.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
|  | Maritza Carmona | Receipt, Review & Calendar<br>•DE 29 Order Setting Case Management Conference<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $27.00 |
|  | Maritza Carmona | Receipt & Review<br>•DE 28 Paperless Order Referring for appropriate disposition DE 27 Defendant's Motion to Dismiss Amended Complaint for Failure to State a Claim<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
|  | Daniel Lustig | Review and respond to email from Bruce concerning Conference with Magistrate Judge Reinhart<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 02/25/2019 | Dominique Torsiello | Confer with DL re: Case Management Conference; Draft e-mail to Matt re: Order and what to be prepared to speak about pursuant to the Order.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
| 02/26/2019 | Dominique Torsiello | Review and respond to Matt's e-mail regarding settlement conference and mediation.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |

Page 4

| | | | | |
|---|---|---|---|---|
| | Dominique Torsiello | Attend case management conference hearing.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.50 | $90.00 |
| | Daniel Lustig | Attend Scheduling hearing<br>**Task Code:**<br>**Activity Code:** | 0.40 | $140.00 |
| 02/27/2019 | Maritza Carmona | Receipt & Review<br>•DE 30 Paperless Minute Entry for proceedings held on 2.26.19<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 02/28/2019 | Maritza Carmona | Receipt & Review<br>•DE 32 Order Setting Discovery Status Conference<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $27.00 |
| | Maritza Carmona | Met with Rita to discuss docket review and deadlines of Responses to Defendant Charles Motion to Dismiss Count II and III of Amended Complaint. Defendants Motion to Dismiss Amended Complaint for Failure to State a Claim, designate a mediator and to schedule a time, date and place for mediation.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $27.00 |
| | Dominique Torsiello | Review Matt's Motion to Dismiss.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.90 | $162.00 |
| | Daniel Lustig | Revise Response to Motion to Dismiss -review and add additional cases<br>**Task Code:**<br>**Activity Code:** | 1.50 | $525.00 |
| | **For professional services rendered** | | **8.45** | **$1,807.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 2.00 | 350.00 | $700.00 |
| Dominique Torsiello | 5.25 | 180.00 | $945.00 |
| Maritza Carmona | 1.20 | 135.00 | $162.00 |

| | |
|---|---|
| **Total amount of this bill** | **$1,807.00** |
| Balance due | $1,807.00 |

# Pike & Lustig, LLP

### 1209 N. Olive Avenue
### West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

April 08, 2019

Invoice #   393

File #  18-000156

Re:

### Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/01/2019 | Maritza Carmona | Receipt & Review<br>•DE 33 Plaintiff Technological Medical Advancements, LLC's Memorandum of Law in Opposition to Defendant Charles Vorwaller's Motion to Dismiss Counts II and III of Amended Complaint<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Dominique Torsiello | Reviwew and respond to Sheri's e-mails re: mediation; Send e-mail to Alicia (mediator's assistant) regarding his availability.<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| 03/07/2019 | Dominique Torsiello | Confer with MC re: scheduling mediation<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| | Maritza Carmona | Called JAM Mediation left Voicemail to schedule Mediation on May 6th. Filled out mediation form request online with all the appropriate information about the case.<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.50 | $67.50 |
| | Dominique Torsiello | Finalize and file Notice of Scheduled Mediation<br>**Task Code:**  See  Explanation Section<br>**Activity Code:** | 0.15 | $27.00 |

Page 2

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/08/2019 | Maritza Carmona | Receipt & Review<br>•FILED - DE 34 Notice of Scheduled Mediation<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 03/12/2019 | Maritza Carmona | Receipt & Review<br>•DRAFT Initial Disclosures<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review<br>•DE 35 Defendant Charles Vorwaller's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss Counts II and III of Amended Complaint Nunc Pro Tunc to March 7, 2019<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 03/13/2019 | Dominique Torsiello | Review and revise initial disclosure provided by Matt Williams; send same to DL for his review.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.35 | $63.00 |
| 03/14/2019 | Dominique Torsiello | Confer with DL and revise Initial Disclosures; Send revised copy to Matt<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| 03/15/2019 | Dominique Torsiello | Review documents and revised Initial Disclosures.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
| 03/16/2019 | Dominique Torsiello | Draft internal e-mails to MC re: Rule 26 disclosures served.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.15 | $27.00 |
| 03/18/2019 | Maritza Carmona | Receipt & Review<br>•DE 37 Defendant Charles Vorwaller's Reply in Support of his Motion to Dismiss Counts II and III of the Amended Complaint<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & Review<br>•Defendant Charles Vorwaller's Initial Rule 26 Disclosures<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |

Page 3

| | | | | |
|---|---|---|---|---|
| | Maritza Carmona | Receipt & Review<br>•Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 03/26/2019 | Daniel Lustig | Review and revise proposed Request to Produce<br>**Task Code:**<br>**Activity Code:** | 0.50 | $175.00 |
| | **For professional services rendered** | | **3.15** | **$598.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 0.50 | 350.00 | $175.00 |
| Dominique Torsiello | 1.45 | 180.00 | $261.00 |
| Maritza Carmona | 1.20 | 135.00 | $162.00 |

| | |
|---|---|
| **Total amount of this bill** | **$598.00** |
| Balance due | $598.00 |

# Pike & Lustig, LLP
### 1209 N. Olive Avenue
### West Palm Beach, FL 33401

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

May 08, 2019                              File #  18-000156

Invoice #   400                          Re:

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| 04/01/2019 | Maritza Carmona | Receipt & Review<br>•Plaintiff's First Set of Request for Production Directed to Defendants Wuhann Gigaa Optronics Technology Co., Ltd. and Charles Vorwaller<br>•Letter from Matthew Williams to Sheri Alter, Esq and Wuhan Gigaa Optronics enclosing Plaintiff's First Set of Request for Production<br>**Task Code:**   See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 04/03/2019 | Dominique Torsiello | Locate sample clawback agreement and confidentiality order and provide same to Matthew.<br>**Task Code:**   See Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| | Daniel Lustig | Review and respond to emails from Matt Williams<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| 04/04/2019 | Daniel Lustig | Review and revise subpoena and provide redline to Matt<br>**Task Code:**<br>**Activity Code:** | 1.30 | $455.00 |
| 04/08/2019 | Dominique Torsiello | Review email from DL and pursuant to DL instruction review subpoena provided by MW on 4/4; Draft response to MW re: revisions and authority to serve after revisions are made.<br>**Task Code:**   See Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |

Page 2

| | | | | |
|---|---|---|---|---|
| | Daniel Lustig | Review settlement letter from Sheri Alter | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 04/22/2019 | Maritza Carmona | Receipt & Review<br>•Berman Partner Distributor Price List March 2017 Confidential | 0.10 | $13.50 |
| | | **Task Code:**   See  Explanation Section | | |
| | | **Activity Code:** | | |
| 04/29/2019 | Daniel Lustig | Review email from Matt Williams requesting subpoena records to DHL prepared in prior case | 0.10 | $35.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | **For professional services rendered** | | **2.55** | **$773.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 1.90 | 350.00 | $665.00 |
| Dominique Torsiello | 0.45 | 180.00 | $81.00 |
| Maritza Carmona | 0.20 | 135.00 | $27.00 |

| | | |
|---|---|---|
| **Total amount of this bill** | | **$773.00** |
| Balance due | | $773.00 |

Please note, we have applied your remaining trust balance of $267.50.
Please remit the amount due of $505.50. Thank you!

# Pike & Lustig, LLP
### 1209 N. Olive Avenue
### West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405


June 14, 2019                                    File #  18-000156

Invoice #   409                                  Re:


**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| 05/03/2019 | Daniel Lustig | Review report and recommendation entered concerning dense of the motion to dismiss<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| 05/06/2019 | Daniel Lustig | Review email from Matt Williams concerning subpoena to DHL<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 05/07/2019 | Dominique Torsiello | Draft email to Matt re: result of mediation, review email responses to same; file Clawback agreements.<br>**Task Code:**    See  Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
| 05/20/2019 | Dominique Torsiello | Email Matt Williams to follow-up on the status of the settlement.<br>**Task Code:**    See  Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| 05/23/2019 | Daniel Lustig | Research issues concerning lack of approval of settlement and dismissal with claims, failure to enforce and inability to preserve agreed judgment in same action<br>**Task Code:**<br>**Activity Code:** | 1.20 | $420.00 |

| | | | | |
|---|---|---|---|---|
| | Daniel Lustig | Review settlement agreement, prepare email to Matt Williams re: concerns of agreement as prepared given that fed. courts are courts of limited jurisdiction | 0.70 | $245.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | Daniel Lustig | Conference call with Matt Williams re: Motion to approve | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/24/2019 | Daniel Lustig | Review and respond to email from Matt Williams concerning settlement agreement | 0.10 | $35.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | Daniel Lustig | Review and revise settlement agreement, motion to approve and agreed final judgment | 1.30 | $455.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/25/2019 | Daniel Lustig | Review proposed final judgment and settlement agreement, email Matt Williams concerning need to add interest provision in final judgment | 0.30 | $105.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/28/2019 | Daniel Lustig | Exchange emails with Sheri Alter concerning timing to cash checks in connection with settlement agreement | 0.30 | $105.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/29/2019 | Daniel Lustig | Review and revise final judgment and send same to MW | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/30/2019 | Daniel Lustig | Review settlement documents finalized by Sheri Alter and write to MW concerning thoughts | 0.40 | $140.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 05/31/2019 | Daniel Lustig | Review status report that is required to be filed concerning Vorwaller | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |

Page 3

| | | | |
|---|---|---|---|
| Dominique Torsiello | Review document sent by Matt; draft email in response to same.<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.20 | $36.00 |
| Dominique Torsiello | Confer with DL re: Joint Notice; Send email to Matt re: DL's approval of same.<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| Dominique Torsiello | Finalize and file Notice of Status<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.25 | $45.00 |
| Maritza Carmona | Receipt & Review<br>•DE 39 Paperless Order Adopting Report and Recommendation and Denying DE 27 Motion to Dismiss for Failure to State a Claim<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| Maritza Carmona | Receipt & Review<br>•DE 40 Paperless Order Requiring Parties to Notify the Court of the Result of Mediation held on May 6th by May 31, 2019<br>**Task Code:**   See  Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| **For professional services rendered** | | **6.35** | **$2,035.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 5.30 | 350.00 | $1,855.00 |
| Dominique Torsiello | 0.85 | 180.00 | $153.00 |
| Maritza Carmona | 0.20 | 135.00 | $27.00 |

Page 4

**Total amount of this bill**                                      **$2,035.00**

Balance due                                                          $2,035.00

Please note, there is a past due balance from Invoice #400 of $505.50.
Please remit the total amount due of $2,540.50. Thank you!

## Pike & Lustig, LLP
1209 N. Olive Avenue
West Palm Beach, FL 33401

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

July 06, 2019                                    File #  18-000156

Invoice #    411                                 Re:

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| 06/03/2019 | Dominique Torsiello | Review and respond to Matt's email re: final draft of settlement.<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $18.00 |
| | Maritza Carmona | Receipt & Review<br>•DE 41 Joint Notice of Pending Settlement Agreement<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Maritza Carmona | Receipt & review<br>•DE 42 Order Staying Case and Directing the Clerk of the Court to Close this Case for Statistical Purpose<br>**Task Code:** See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| | Daniel Lustig | Review and revised redlined settlement agreement, motion to approve, final judgment and affidavit as requested by MW<br>**Task Code:**<br>**Activity Code:** | 0.70 | $245.00 |
| 06/11/2019 | Daniel Lustig | Review proposed subpoena to DHL and suggested adding additional language to cover certain shipments<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |

| 06/18/2019 | Daniel Lustig | Review and respond to emails concerning DHL discovery, discuss potential discovery in aid of execution against Gigaa once default judgment is entered | 0.40 | $140.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 06/20/2019 | Daniel Lustig | Review various emails concerning the filing of the joint motion for approval/retention of jurisdiction | 0.30 | $105.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 06/21/2019 | Daniel Lustig | Review and analysis of order from the court requiring some form of legal explanation for retention of jurisdiction and review emails from M. Williams concerning manner to address the court's order. | 0.30 | $105.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | Maritza Carmona | Receipt & Review •DE 44 Paperless Order Denying without prejudice DE 43 Motion to Approve Settlement | 0.10 | $13.50 |
| | | **Task Code:**   See  Explanation Section | | |
| | | **Activity Code:** | | |
| 06/25/2019 | Daniel Lustig | Review and respond to email from M. Williams containing letter to judge re: approval | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| 06/28/2019 | Daniel Lustig | Review e-mail from M. Williams containing memorandum re:approval of settlement | 0.20 | $70.00 |
| | | **Task Code:** | | |
| | | **Activity Code:** | | |
| | Maritza Carmona | Receipt & Review •Proposed Memorandum of Law in Support of Joint Motion for Approval of Confidential Settlement Agreement Retention of Jurisdiction for Enforcement of Confidential Settlement Agreement and Dismissal of Defendant Charles Vorwaller with Prejudice | 0.10 | $13.50 |
| | | **Task Code:**   See  Explanation Section | | |
| | | **Activity Code:** | | |
| | **For professional services rendered** | | **2.90** | **$912.00** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Daniel Lustig | 2.40 | 350.00 | $840.00 |
| Dominique Torsiello | 0.10 | 180.00 | $18.00 |
| Maritza Carmona | 0.40 | 135.00 | $54.00 |

| | | |
|---|---|---|
| **Total amount of this bill** | | **$912.00** |
| Balance due | | $912.00 |

## Pike & Lustig, LLP

1209 N. Olive Avenue
West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

August 07, 2019                    File #  18-000156

Invoice #   414                    Re:

### Professional Services

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2019 | Daniel Lustig | Review email from M. Williams containing memorandum for approval and provide comments to same **Task Code:** **Activity Code:** | 0.20 | $70.00 |
| 07/09/2019 | Daniel Lustig | Review case law in memorandum seeking approval of settlement, prepare revisions of memorandum seeking approval of settlement, send email to M. Willaims containing revisions **Task Code:** **Activity Code:** | 2.90 | $1,087.50 |
| 07/10/2019 | Dominique Torsiello | Finalize Memorandum of Law and File Same through CM/ECF. **Task Code:** See Explanation Section **Activity Code:** | 0.35 | $63.00 |
| | Dominique Torsiello | Download DE 45 and serve same on Defendant Gigaa **Task Code:** See Explanation Section **Activity Code:** | 0.20 | $36.00 |

Page 2

| 07/11/2019 | Maritza Carmona | Receip t& Review<br>•DE 45 Memorandum of Law in Support of Joint Motion for Approval of Confidential Settlement Agreement Retention of Jurisdiction for Enforcment of Confidential Settlement Agreement and Dismissal of Defendant Charles Vorwaller with Prejudice Pursuant to DE 44<br>**Task Code:**   See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 07/19/2019 | Daniel Lustig | Review order from the court denying request for approval of settlement and to retain jurisdiction<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 07/22/2019 | Maritza Carmona | Receipt & Review<br>•PAPERLESS ORDER denying without prejudice [45] Motion to Approve Settlement. The Motion is again denied without prejudice for the parties to comply with the Court's order at docket entry 44. The parties must explain why this Court must - approve- the settlement agreement and the standard the Court would use in considering such a request.<br>**Task Code:**   See Explanation Section<br>**Activity Code:** | 0.10 | $13.50 |
| 07/30/2019 | Daniel Lustig | Review memorandum from M. Williams with paragraph adressing standard requested by the court in the order entered on july 19 concerning motion to approve settlement<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| 07/31/2019 | Daniel Lustig | Review emails from Sherry Alter and M. Williams and respond to same re: motion to approve settlement<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| | **For professional services rendered** | | **4.55** | **$1,528.50** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Daniel Lustig | 2.90 | 375.00 | $1,087.50 |
| Daniel Lustig | 0.90 | 350.00 | $315.00 |

Page 3

| | | | |
|---|---|---|---|
| Dominique Torsiello | 0.55 | 180.00 | $99.00 |
| Maritza Carmona | 0.20 | 135.00 | $27.00 |

**Additional Charges**

| | **Amount** |
|---|---|
| 7/31/2019  Legal Research | $21.51 |
| **Total costs** | **$21.51** |

| | |
|---|---|
| **Total amount of this bill** | **$1,550.01** |
| Balance due | $1,550.01 |

## Pike & Lustig, LLP

1209 N. Olive Avenue
West Palm Beach, FL 33401

---

*Invoice submitted to:*

Bruce Coren
308 Greenwood Drive
West Palm Beach, FL  33405

September 08, 2019                    File #   18-000156

Invoice #    417                      Re:

**Professional Services**

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/01/2019 | Daniel Lustig | Review various emails concerning the judge's position re: approval of settlement **Task Code:** **Activity Code:** | 0.20 | $70.00 |
| 08/04/2019 | Daniel Lustig | Revise memorandum sent by M. Williams re: motion to approve settlement **Task Code:** **Activity Code:** | 0.30 | $105.00 |
| 08/06/2019 | Daniel Lustig | Review various emails and attachment with template re: dismissal of Defendant with prejudice provided by Sheri Alter **Task Code:** **Activity Code:** | 0.20 | $70.00 |
| 08/11/2019 | Daniel Lustig | Prepare email to Matt re: serving subpoena on DHL to determine damages against Gigaa **Task Code:** **Activity Code:** | 0.10 | $35.00 |
| | Daniel Lustig | Review various emails between Matt, myself and Sheri and attachment re: memorandum of law for motion to approve settlement **Task Code:** **Activity Code:** | 0.20 | $70.00 |

| 08/12/2019 | Daniel Lustig | Review email from Sheri discussing Joint Motion dismissing Vorwaller<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 08/15/2019 | Daniel Lustig | Review and respond to email from M. Williams concerning DHL subpoena<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 08/16/2019 | Daniel Lustig | Review email from Bruce concerning procedure against Gigaa<br>**Task Code:**<br>**Activity Code:** | 0.10 | $35.00 |
| 08/18/2019 | Daniel Lustig | Review and respond to email from Bruce re: subpoena DHL<br>**Task Code:**<br>**Activity Code:** | 0.20 | $70.00 |
| 08/21/2019 | Daniel Lustig | Prepare revisions to Joint Motion to Approve, send same to M. WIlliams<br>**Task Code:**<br>**Activity Code:** | 0.40 | $140.00 |
| 08/28/2019 | Daniel Lustig | Review various emails between Matt and Sheri concerning the filing of Final Memo of law, and alternative relief that may be sought without requiring approval of settlement agreement<br>**Task Code:**<br>**Activity Code:** | 0.30 | $105.00 |
| 08/30/2019 | Daniel Lustig | Review memo of law with changes, motion for approval, final judgment and order, file same with the court<br>**Task Code:**<br>**Activity Code:** | 0.40 | $140.00 |
| | **For professional services rendered** | | **2.60** | **$910.00** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Daniel Lustig | 2.60 | 350.00 | $910.00 |

Page 3

**Additional Charges**

| | | Amount |
|---|---|---|
| 8/31/2019 | Legal Research | $8.03 |
| | **Total costs** | **$8.03** |
| | **Total amount of this bill** | **$918.03** |
| | Balance due | $918.03 |